**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SAMUEL WALL,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP,<br><br>Defendant. | CIVIL ACTION<br>FILE NO.:_______<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, Samuel Wall ("Plaintiff"), by counsel, hereby files his Complaint ("Complaint") against Defendant Cardinal Financial Company, Limited Partnership ("Defendant") as follows:

## INTRODUCTION

1. This is an action for actual, statutory, and punitive damages, attorneys' fees, and costs, brought pursuant to the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq. ("FCRA").

2. Plaintiff had an account with Defendant bearing the first four account numbers of 4143 and opened in August 2024 ("Account"). Plaintiff paid the Account in full as of November 12, 2025. Defendant thereafter continued to report the Account as active and open with a balance of over $100,000 even after it

had been paid. This was inaccurate and false reporting. Plaintiff disputed the inaccurate Account with the credit bureaus ("CRAs") but Defendant repeatedly told the credit bureaus that the Account was being reported accurately and that Plaintiff owed over $100,000 even after he had paid the Account in full.

3. Plaintiff is a "consumer" and Defendant is a furnisher of information as those terms are defined or used by the FCRA.

4. As set forth below, Defendant reported the inaccurate Account to the CRAs, including Equifax, to be included in his credit files as an open and active account and the balance due despite that it had been paid. Defendant then failed to conduct reasonable investigations of Plaintiff's credit reporting disputes with the CRAs and verified the inaccurate Account as accurate to the CRAs. Defendant's actions, or inactions, violated the FCRA.

5. As set forth below, Plaintiff suffered concrete harm because of Defendant's violations of the FCRA.

## PARTIES, JURISDICTION, AND VENUE

6. At all times material to this action, Plaintiff was a resident of the State of Georgia and this Judicial District.

7. At all times material to this action, Defendant was a Georgia foreign limited partnership doing business in Georgia and this District.

8. Defendant may be served with a copy of this Complaint and

accompanying Summons through its registered agent for service, to wit: Registered Agent Solutions, Inc., 223 Peachtree Street, NE, Suite 2307, Atlanta, GA 30303.

9. The jurisdiction of this Court is conferred by the FCRA, 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331.

10. Venue lies properly in this District and Division pursuant to 28 U.S.C. § 1391(b)(2).

11. Defendant is registered to do business, and does business, in this District and Division and is subject to the jurisdiction of this Court.

## FACTUAL ALLEGATIONS

12. Plaintiff lives and works in this District.

13. Despite Plaintiff's payment of the Account, Defendant continued to inaccurately report to the CRAs that the balance was still due.

14. Within the two years prior to the filing of this lawsuit, Plaintiff made several disputes with the CRAs, including Equifax, and advised the CRAs that Defendant was reporting the Account inaccurately and that it had been paid.

15. Uon information and belief, Defendant received the disputes from the credit bureaus.

16. Defendant knew the Account had been paid at the time it received the disputes from the credit bureaus. Despite knowing, from its own records, that the

Account had been paid, Defendant verified to the credit bureaus that the Account was being reported accurately. This was false and inaccurate.

17. Defendant failed to undertake reasonable investigations of Plaintiff's disputes with the credit bureaus that were received by Defendant. Had Defendant undertaken a reasonable investigation, it would have advised the credit burueas that the Account had been paid in full as of November 12, 2025 and that Plaintiff did not owe a balance of over $100,000.00.

18. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of harm to his personal and credit reputation from Defendant's continued inaccurate reporting of the Account; harm to his credit score; inability to obtain the full cxcredit he sought; and wasted time and effort reviewing his credit files and making disputes in an effort to persuade Defendant to correct its false reporting.

19. Defendant's refusal to correct its inaccurate reporting required Plaintiff to retain counsel.

## COUNT ONE:
## Defendant's Violations of the FCRA

20. At all times relevant hereto, Defendant was a "person" as that term is defined by 15 U.S.C. § 1681a(b).

21. At all times relevant hereto, Defendant was a "furnisher" as that term is used in 15 U.S.C. § 1681s-2(b).

22. Defendant violated Section 1681s-2(b) of the FCRA when it did not properly and reasonably investigate Plaintiff's disputes of the Account that he made through the CRAs that were transmitted to Defendant. Defendant is liable to Plaintiff under Sections 1681n and 1681o of the FCRA for its negligent and willful violations of the FCRA.

23. Defendant's conduct was a direct and proximate cause, as well as a substantial factor, in causing the damages and harm to Plaintiff described in Paragraph 18 above and, as a result, Defendant is liable to compensate Plaintiff for the full amount of statutory, actual, and punitive damages, along with attorney's fees and costs, as well as such other relief, permitted by law.

**TRIAL BY JURY IS DEMANDED.**

Plaintiff requests a jury trial on all claims.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests the judgment be entered in his favor and against Defendant for his actual damages, punitive damages, statutory damages, attorneys' fees and costs, and all other relief deemed just, equitable, and proper by the Court.

Dated: August 24, 2026.

Respectfully submitted,

*/s/ John A. Love*
John A. Love
Georgia Bar No.: 459155
**LOVE CONSUMER LAW**
2500 Northwinds Parkway, Suite 330
Alpharetta, GA 30009
(tel.) (404) 855-3600
(fax) (404) 301-2300
tlove@loveconsumerlaw.com

*Counsel for Plaintiff*